# Richmond.

## BURTON v. BURTON.

### March 16, 1916.

1. DIVORCE—*Allowance to Wife—Custody of Child—Case in Judgment.*—
   The decree for divorce, the allowance to the wife and the right of
   the wife to the custody of her infant daughter are warranted by the
   evidence in the case in judgment, and the decree of the trial court
   is therefore affirmed.

Appeal from a decree of the Circuit Court of Augusta
county. Decree for the complainant. Defendant appeals.

*Affirmed.*

The opinion states the case.

*Joseph A. Glasgow,* for the appellant.

*Carter Braxton* and *Rudolph Bumgardner,* for the appellee.

BY THE COURT.

This is a suit by Mary Hester Burton for divorce from her
husband, George Marshall Burton. The circuit court granted
the prayer of the bill, and decreed that the plaintiff was entitled
to a divorce *a mensa et thoro* from the defendant, George Mar-
shall Burton, upon the ground of desertion, and further decreed
that the plaintiff was entitled to the custody and control of
Mary Fauver Burton, a girl eight years old, who was the only
child of the marriage. The court further made an allowance of

$25 per month to be paid by the defendant to the plaintiff for the support of herself and child, until the further order of the court.

The question presented by the record is one of fact. We have carefully considered the evidence and find that it sustains the charges made by the plaintiff in her bill, and well warrants the conclusion reached by the circuit court. The decree appealed from must, therefore, be affirmed.

*Affirmed.*